# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SATA GMBH & CO. KG, a German Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Foshan Nanhai Ding Rong Air Tool Industry Co., Ltd. d/b/a Prona Air Tool Manufacturing Ltd., a Chinese Company, and Prona Tools, Inc., a Canadian Corporation<br><br>　　　　Defendants. | Case No.: 2:25-cv-02166-JCM-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**<br><br>**Hon. Judge James C. Mahan**<br>**Hon. Magistrate Judge Nancy J. Koppe** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that Defendants Foshan Nanhai Ding Rong Air Tool Industry Co., Ltd. and Prona Tools, Inc.'s time to answer, move, or otherwise plead in response to the Complaint [Dkt. No. 1] shall be extended sixty (60) days from the date of this stipulation to February 20, 2025.

　　　Defendants' counsel was recently engaged in this matter and needs additional time to review the matter in dispute and file a responsive pleading. The sixty (60) days is to account for the upcoming holidays as well as resolving any challenges to the appropriateness of the prior

1

attempted service for both Defendants. The extension also allows for potential settlement discussions to occur prior to the filing of a responsive pleading. Counsel for Defendants has discussed over a telephonic conference with Plaintiff's counsel and Plaintiff's counsel agreed to stipulate to the extension. Therefore, there is no prejudice to Plaintiff regarding this extension request.

   This is the first stipulation for extension of time to file responsive pleadings. The Parties and their counsel jointly request an order entering this stipulation.

   Respectfully submitted this 22nd day of December 2025.

/s/ David Silver
David Silver
**Bayramoglu Law Offices, LLC**
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
david@bayramoglu-legal.com
*Counsel for Defendants*

/s/Steven Anthony Caloiaro
Steven Anthony Caloiaro
**Dickinson Wright**
100 W. Liberty Street Suite 940
Reno, NV 89501
scaloiaro@dickinsonwright.com
*Counsel for Plaintiff*

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: December 29, 2025