DAVID SILVER (Nevada Bar No. 15641)
david@bayramoglu-legal.com
NIHAT DENIZ BAYRAMOGLU, ESQ. (Nevada Bar No. 14030)
deniz@bayramoglu-legal.com
GOKALP BAYRAMOGLU, ESQ. (Nevada Bar No. 15500)
gokalp@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404
*Attorneys for Defendants Foshan Nanhai Ding Rong Air Tool Industry Co., Ltd. and Prona Tools, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SATA GMBH & CO. KG, a German Corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>Foshan Nanhai Ding Rong Air Tool Industry Co., Ltd. d/b/a Prona Air Tool Manufacturing Ltd., a Chinese Company, and Prona Tools, Inc., a Canadian Corporation<br><br>     Defendants. | Case No.: 2:25-cv-02166-JCM-NJK<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**<br><br>**Hon. Judge James C. Mahan**<br>**Hon. Magistrate Judge Nancy J. Koppe** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that Defendants Foshan Nanhai Ding Rong Air Tool Industry Co., Ltd. and Prona Tools, Inc.'s time to answer, move, or otherwise plead in response to the Complaint [Dkt. No. 1] shall be extended sixty (60) days from February 20, 2026 to April 21, 2026.

Defendants' counsel and Plaintiff's counsel have been engaged in settlement discussions and need additional time to pursue a resolution on this matter. The sixty (60) days is to account for

1

the Chinese New Year holiday as well as providing the parties time to try to come to a full resolution. Counsel for Defendants has discussed over a telephonic conference with Plaintiff's counsel and Plaintiff's counsel agreed to stipulate to the extension. Therefore, there is no prejudice to Plaintiff regarding this extension request.

This is the second stipulation for extension of time to file responsive pleadings. The Parties and their counsel jointly request an order entering this stipulation.

Respectfully submitted this 17th day of February 2026.

/s/ Steven Anthony Caloiaro
Steven Anthony Caloiaro
**Dickinson Wright**
100 W. Liberty Street Suite 940
Reno, NV 89501
scaloiaro@dickinsonwright.com
Counsel for Plaintiff

/s/ David Silver___
David Silver
**Bayramoglu Law Offices, LLC**
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
david@bayramoglu-legal.com
Counsel for Defendants

**NO FURTHER EXTENSIONS WILL BE GRANTED.**
IT IS SO ORDERED.
Dated:  February 18, 2026
.
.

_____
Nancy J. Koppe
United States Magistrate Judge

SECOND STIPULATION FOR EXTENSION                    CASE NO. 2:25-cv-02166-JCM-NJK
OF TIMETO FILE RESPONSIVE PLEADING