**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

JORDAN M. MARCHELLO
Nevada Bar No. 16926
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4400
Fax: 844-670-6009
jmarchello@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmH & Co. KG*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SATA GMBH & CO. KG, a German Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Foshan Nanhai Ding Rong Air Tool Industry Co., Ltd. d/b/a Prona Air Tool Manufacturing Ltd., a Chinese Company, and Prona Tools, Inc., a Canadian Corporation<br><br>Defendants. | Case No.: 2:25-cv-02166-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff SATA GmbH & Co. KG ("SATA" or "Plaintiff") and Defendants Foshan Nanhai Ding Rong Air Tool Industry Co., Ltd. and Prona Tools, Inc. (collectively, "Defendants" or "Prona" and together with SATA, the "Parties"), through their undersigned counsel, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of all claims with prejudice and without an award of attorneys' fees or costs to any party and state as follows:

1.     That the Parties have finalized and executed a Settlement Agreement resolving all claims asserted in this matter; and

1

2.    That the claims asserted herein and this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

WHEREFORE, the Parties ask this Court to dismiss this case with prejudice and with each party to pay its own costs and attorneys' fees.

Respectfully submitted this 22nd day of May 2026.

/s/ Steven A. Caloiaro
Steven A. Caloiaro
**Dickinson Wright PLLC**
100 W. Liberty Street Suite 940
Reno, NV 89501
scaloiaro@dickinsonwright.com

*Counsel for Plaintiff*

/s/ David Silver
David Silver
**Bayramoglu Law Offices, LLC**
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
david@bayramoglu-legal.com

*Counsel for Defendants*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___May 29, 2026_____

2